IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **INFORMATION** |
| vs. ) | |
| ) | Criminal No. 2011-34 |
| WELCOME JEFFREY KING, ) | |
| ANDREW ROXROY SEYMOUR, ) | Violations: 46 U.S.C. §§ 70503 |
| ZIGGY DWAYNE BENJAMIN, ) | 46 U.S.C. 70506; 21 U.S.C. §§ |
| KESTER CLAUDIUS JULIEN, and ) | 963; 960; 952; 846 and 841(a)(1) |
| ORLAND GUYELMO DE COTEAU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>

Beginning on an unknown date and continuing through on or about September 16, 2011, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

**WELCOME JEFFREY KING,
ANDREW ROXROY SEYMOUR,
ZIGGY DWAYNE BENJAMIN,
KESTER CLAUDIUS JULIEN, and
ORLAND GUYELMO DE COTEAU,**

each of whom will be first brought into the United States at a point in the District of the Virgin Islands, while aboard a vessel subject to the jurisdiction of the United States, the defendants did knowingly and willfully combine, conspire, and agree with each other and with other persons known and unknown, to possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(a) and (b); Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

*United States v. Welcome King, et al.*, Criminal No. 2011-_____
Information
Page 2

## COUNT TWO

Beginning on an unknown date and continuing through on or about September 16, 2011, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

**WELCOME JEFFREY KING,
ANDREW ROXROY SEYMOUR,
ZIGGY DWAYNE BENJAMIN,
KESTER CLAUDIUS JULIEN, and
ORLAND GUYELMO DE COTEAU,**

each of whom will be first brought into the United States at a point in the District of the Virgin Islands, while aboard a vessel subject to the jurisdiction of the United States, the defendants did knowingly and willfully, while aiding and abetting each other and other persons known and unknown, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a); Title 18, United States Code, Section 2; and Title 21, United States Code, Sections 960(b)(1)(B)(ii) and 841(a)(1) and 841(b)(1)(A)(ii).

Respectfully submitted,

RONALD W. SHARPE
UNITED STATES ATTORNEY

Dated: October 21, 2011

Delia L. Smith
Assistant United States Attorney
5500 Veteran's Drive, Suite 260
St. Thomas, Virgin Islands 00802
Telephone (340) 774-5757
Facsimile  (340) 776-3474