IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELCOME JEFFREY KING )<br>ANDREW ROXROY SEYMOUR )<br>ZIGGY DWAYNE BENJAMIN )<br>KESTER CLAUDIUS JULIEN )<br>ODLAND GUYELMO DECOTEAU )<br>)<br>Defendants. )<br>) | Criminal No. 2011-34 |

THIS MATTER came on for arraignment on November 2, 2011. The premises considered, it is hereby ORDERED:

1. Discovery will be substantially completed by November 9, 2011.

2. Any motions will be filed by November 21, 2011.

3. A pretrial conference is scheduled for November 30, 2011.

4. Expert disclosures will be filed by December 10, 2011.

5. Motions will be heard on December 12, 2011.

6. Trial is scheduled for December 19, 2011 at 9:30 a.m.

_____
RUTH MILLER
United States Magistrate Judge

ATTEST:
WILFREDO F. MORALES
Clerk of Court

By_____
Deputy Clerk